FILED
CLERK, U.S. DISTRICT COURT
12/13/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH ARSENIAN, <br><br> Defendant. | CR No. 2:21-cr-00571-DMG <br><br> I N F O R M A T I O N <br><br> [18 U.S.C. § 1955: Operating an Illegal Gambling Business; 18 U.S.C. § 1957(a): Unlawful Monetary Transactions; 26 U.S.C. § 7206(1): Subscribing to a False Tax Return; 31 U.S.C. §§ 5363, 5366: Acceptance of a Financial Instrument for Unlawful Internet Gambling; 18 U.S.C. § 982, 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1955]

Beginning on an unknown date and continuing through on or about February 7, 2020, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere, defendant KENNETH ARSENIAN conducted, financed, managed, supervised, directed, and owned an illegal gambling business, specifically, a bookmaking business involving taking bets on the outcomes of sporting events at agreed-upon odds in violation of California Penal Code Section 337a,

which business involved at least five persons who conducted, financed, managed, supervised, directed, and owned all or part of the business; had been in substantially continuous operation by at least five persons for a period in excess of thirty days; and had gross revenue of more than $2,000 in a single day.

COUNT TWO

[18 U.S.C. §§ 1957(a), 2(b)]

On or about January 20, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant KENNETH ARSENIAN, knowing that the funds involved represented the proceeds of some form of unlawful activity, conducted, and willfully caused others to conduct, a monetary transaction, in and affecting interstate commerce, in criminally-derived property of a value greater than $10,000, by transferring and exchanging a $125,000 cashier's check from J.P. Morgan Chase Bank, serial number ending in 3755, at a check-cashing store in Sherman Oaks, California, that was deposited into a Republic Bank of Chicago account ending in 7153, such property, in fact, having been derived from specified unlawful activity, namely, Unlawful Sports Gambling, in violation of Title 18, United States Code, Section 1955.

COUNT THREE

[26 U.S.C. § 7206(1)]

On or about April 26, 2019, in Orange County, within the Central District of California, and elsewhere, defendant KENNETH ARSENIAN, a resident of Orange County, California, willfully made and subscribed to a materially false United States Individual Income Tax Return, Form 1040, for tax year 2018, which was verified by a written declaration that it was made under the penalties of perjury, and which was filed with the Internal Revenue Service, which return defendant ARSENIAN did not believe to be true and correct as to every material matter, in that defendant ARSENIAN reported, on line 10, that his taxable income for calendar year 2018 was $94,198, when, in in fact, as defendant ARSENIAN then knew, his taxable income for the year 2018 was substantially higher than that amount.

COUNT FOUR

[31 U.S.C. §§ 5363, 5366]

On or about August 8, 2018, in Orange County, within the Central District of California, defendant KENNETH ARSENIAN, a person engaged in the business of betting and wagering, knowingly accepted, in connection with the participation of another person in unlawful Internet gambling, namely, gambling through SandIslandSports.com in violation of California Penal Code Section 337a, a check, draft, and similar instrument which was drawn by and on behalf of such other person and was drawn on and payable at or through Bank of America, a financial institution.

FORFEITURE ALLEGATION

[18 U.S.C. § 982 and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code, Section 2461(c), in the event of defendant KENNETH ARSENIAN's conviction of the offenses set forth in Count Two of this Information.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) Any property, real or personal, involved in such offense, and any property traceable to such property, including but not limited to $341,459.00 in United States currency seized from defendant's residence on or about February 7, 2020; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 18, United States Code, Section 982(b)(2), the defendant, if so convicted, shall forfeit substitute property, if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be

divided without difficulty.  Substitution of assets shall not be ordered, however, where the convicted defendant acted merely as an intermediary who handled but did not retain the property in the course of the money laundering offense unless the defendant, in committing the offense or offenses giving rise to the forfeiture, conducted three or more separate transactions involving a total of $100,000.00 or more in any twelve-month period.

TRACY L. WILKISON
United States Attorney

*/s/ signature*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

MONICA E. TAIT
Assistant United States Attorney
Deputy Chief, Major Frauds Section

JEFF MITCHELL
Assistant United States Attorney
Major Frauds Section

DANIEL G. BOYLE
Assistant United States Attorney
Asset Forfeiture Section