**FILED**
CLERK, U.S. DISTRICT COURT

Oct 3, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_KT\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-571-DMG |
|---|---|
| Plaintiff, | ORDER CONTINUING SENTENCING [44] |
| v. | |
| KENNETH ARSENIAN, | |
| Defendant. | |

    The Court has read and considered the parties' Stipulation to Continue Sentencing Date for defendant Kenneth ARSENIAN, filed on October 2, 2023.

    THEREFORE, FOR GOOD CAUSE SHOWN:

    The sentencing date in this matter is continued from November 1, 2023 to **May 8, 2024 at 11:00 a.m.** Objections to the PSR shall be filed no later than April 24, 2024.

    IT IS SO ORDERED.

October 3, 2023
DATE

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE