**Mark J. Werksman, Esq. (State Bar No. 120767)**
**WERKSMAN JACKSON & QUINN LLP**
**888 West Sixth Street, Fourth Floor**
**Los Angeles, California  90017**
**Telephone: (213) 688-0460**
**Facsimile: (213) 624-1942**
**Email: mwerksman@werksmanjackson.com**

**Attorneys for Defendant**
Kenneth Arsenian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>             vs.<br><br>KENNETH ARSENIAN,<br><br>                    Defendant. | CASE NO. 21-CR-00571-DMG<br><br>*EX PARTE* APPLICATION FOR ORDER TO PROBATION OFFICE TO PREPARE A REVISED PRESENTENCE INVESTIGATION REPORT; DECLARATION OF MARK J. WERKSMAN; [PROPOSED] ORDER |

Defendant Kenneth Arsenian, by and through his counsel, Werksman Jackson & Quinn LLP hereby applies, e*x parte* to this Court, for an Order to the United States Probation Office to prepare a revised and updated Presentence Investigation Report for the sentencing in this case which is currently scheduled for November 6, 2024.

Defendant Kenneth Arsenian pleaded guilty to an Information on January 26, 2022. Over the past two and a half years, many features of Mr. Arsenian's life have changed, and the Probation Office and the Court should be apprised of these developments. Accordingly, Mr. Arsenian requests that the court order the United States Probation Office to prepare a revised and/or updated Presentence Investigation Report to update the information provided to this court about Mr.

Arsenian, which is relevant to his sentencing. Deputy Probation Officer Coleen Ghaffani and Assistant United States Attorney Jeff Mitchell do not oppose this request.

Dated: July 17, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　By:　　/s/ Mark J. Werksman
　　　　　　　　　　　　　　　　　　Mark J. Werksman
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Kenneth Arsenian

# DECLARATION OF MARK J. WERKSMAN

I, Mark J. Werksman, declare:

1. I am an attorney in good standing in all California courts and am admitted to practice in the Central District of California. My state bar number is 120767;

2. I am a former Deputy District Attorney in Los Angeles County, and a former Assistant United States Attorney in the Criminal Division of the United States Attorney's Office for the Central District of California in Los Angeles. I have exclusively practiced criminal law since 1991;

3. I am counsel of record for Kenneth Arsenian in *United States v. Kenneth Arsenian,* Case Number 21-CR-00571-DMG;

4. The facts contained within this Application are true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of July, 2024, at Los Angeles, California.

_____
Mark J. Werksman, Declarant